Todd M. Friedman (216752)
Suren N. Weerasuriya (278512)
Adrian R. Bacon (280332)
**Law Offices of Todd M. Friedman, P.C.**
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866)633-0228
tfriedman@attorneysforconsumers.com
sweerasuriya@attorneysforconsumers.com
abacon@attorneysforconsumers.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TENLEY HARDIN,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> **CONSOLIDATED FUNDING, INC.,** <br><br> Defendant. | Case No. 2:15-cv-04488-CBM-AGR <br><br> **NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled.

In making a determination to resolve this matter, Plaintiff and her counsel of record met and conferred extensively with Defendant Consolidated Funding, Inc., and also considered the Third Party Complaint that Defendant filed against First Pacific Marketing, LLC. (Dkt. No 27). A further review of the facts and evidence exchanged between the parties, strongly indicate that two other entities, First Pacific Marketing, LLC, and Direct Target Group, were the entities that placed the

NOTICE OF SETTLEMENT
-1-

calls to Plaintiff and other similarly situated consumers without consent, and which recorded Plaintiff without providing an advisory. Plaintiff will be re-filing this action separately against the appropriate entities. Plaintiff's resolution of her individual matter with respect to Defendant Consolidated Funding, Inc. will in no way prejudice putative class members, whose claims will be actively litigated by Plaintiff once she refiles this action against the appropriate defendants.

    Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 23rd day of October, 2015.
By: s/Todd M. Friedman
    TODD M. FRIEDMAN
    Law Offices of Todd M. Friedman, P.C.
    Attorney for Plaintiff

Filed electronically on this 23rd day of October, 2015, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Consuelo B. Marshall
United States District Court
Central District of California

Daniel Scott Silverman
VENABLE LLP

This 23rd day of October, 2015.

s/Todd M. Friedman
Todd M. Friedman

---

**NOTICE OF SETTLEMENT**
**-3-**