# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TENLEY HARDIN,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **CONSOLIDATED FUNDING, INC.,** <br><br> Defendant. | Case No. 2:15-cv-04488-CBM-AGRx <br><br> **ORDER [JS-6]** |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the named Plaintiffs, and without prejudice as to the putative class. Each party shall bear its own costs and expenses.

    Dated this 9th day of November, 2015.

_____
The Honorable Consuelo B. Marshall
United States District Judge

Order to Dismiss - 1